# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

**DEBORAH LAUFER, Individually,** :
:
       **Plaintiff,** :
:
v. : Case No. 3:20-cv-01164-DWD
:
**JAI SHIV SHAKTI, INC. d/b/a BENTON** :
**GRAY PLAZA MOTEL, an Illinois** :
**Corporation,** :
:
       **Defendant.** :
_____/

## JOINT NOTICE OF VOLUNTARY DISMISSAL OF CASE WITH PREJUDICE

    Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties..

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| */s/ Kimberly A. Corkill* | /s/ Jay L. Kanzler |
| Kimberly A. Corkill, Of Counsel | Jay L. Kanzler Jr. #6208995 IL |
| Thomas B. Bacon, P.A. | 2001 S. Big Bend Blvd. |
| 644 North Mc Donald St. | St. Louis, MO 63117 |
| Mt. Dora, FL 32757 | 314-645-5367 |
| ph. (954) 478-7811 | 314-645-5387 (fax) |
| kimberlyatlaw@gmail.com | jaykanzler@wkllc.com |
| Florida Bar. Id. No. 84942 | |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

   I hereby certify that April 12, 2021 I filed the foregoing using the Clerk of Court's CM/ECF e-filing system, which will serve all counsel of record electronically.

                              /s/*Kimberly A. Corkill*
                               Attorney