## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DEBORAH LAUFER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:20-cv-1164-DWD |
| | ) | |
| JAI SHIV SHAKTI, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of February 10, 2021 (Doc. 18), reflecting settlement between the parties, and the Notice of Voluntary Dismissal filed April 12, 2021 (Doc. 25), this action is **DISMISSED with prejudice** with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: April 13, 2021

MARGARET M. ROBERTIE, Clerk of Court
_s/ Dana M. Winkeler_
**Deputy Clerk**

**Approved:** _s/ David W. Dugan_
**David W. Dugan, U.S. District Judge**